NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD S. KRUGMAN,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2015-3156

---

Petition for review of the Merit Systems Protection Board in No. DA-1221-13-0288-B-1.

---

**JUDGMENT**

---

ARI MICHA WILKENFELD, The Wilkenfeld Law Group, Washington, DC, argued for petitioner. Also represented by ROSALIND HERENDEEN.

VERONICA NICOLE ONYEMA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, CHEN, and STOLL, *Circuit Judges*).

AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 12, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court